795 A.2d 959

Gregory L. FORSYTHE, Appellant,

v.

PENNSYLVANIA C BOARD OF PROBATION
& PAROLE, Appellee.

No. 39 MAP 2002.

Supreme Court of Pennsylvania.

April 23, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of April, 2002, probable jurisdiction is noted and the order appealed is affirmed.